IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| FRITZ JOHN HOEFLEIN III, RAUL SOLISIII, AARON AULD, JUAN A. BUSTAMANTEJR., JESUS E. FLORES, RON JONES, DAVID MCDANIEL, MARIO MUNOZ, FERNANDO RICHARD, LARRY STANLEY, TONY G. ALANIZ, SHELDON ANDERSON, MIKE DAFFRON, LUIS GOMEZ, VICTOR M. JUAREZ, EDWARD SAN MIGUEL, WILLIAM R. STOLZ, JUAN J. PENA, AARON ROBERGE, SERGIO ALVAREZ, ANDIE CRUZ, ROEL BARRERA, TRACY WOODSON, HERMAN CRUTCHER, LARRY WILHELM,    *Plaintiffs,*<br><br>vs.<br><br>CRESCENT DRILLING AND PRODUCTION, INC., CRESCENT DRILLING FOREMAN, INC.,    *Defendants.* | SA-19-CV-01194-FB |

## ORDER

Before the Court in the above-styled cause of action is Defendants Crescent Drilling and Production, Inc. and Crescent Drilling Foreman, Inc.'s Motion to Substitute Counsel of Record [#68]. By their motion, Defendants ask the Court to allow Mark D. Temple and Peter Stuhldreher of BakerHostetler to withdraw as their attorneys of record and to allow Annette A. Idalksi, Kaitlin K. Lammers, and Kyle D. Winnick of Chamberlain, Hrdlicka, White, Williams & Aughtry to be substituted as its counsel of record. The Court will grant the motion.

**IT IS THEREFORE ORDERED** that Defendants Crescent Drilling and Production, Inc. and Crescent Drilling Foreman, Inc.'s Motion to Substitute Counsel of Record [#68] is **GRANTED**.

1

**IT IS FURTHER ORDERED** that Annette A. Idalski, Kaitlin K. Lammers, and Kyle D. Winnick of the law firm of Chamberlain, Hrdlicka, White, Williams & Aughtry are hereby **SUBSTITUTED** for Mark D. Temple and Peter Stuhldreher of BakerHostetler as counsel for Defendants Crescent Drilling and Production, Inc. and Crescent Drilling Foreman, Inc. Ms. Idalski will serve as lead counsel.

**IT IS FINALLY ORDERED** that Attorneys Mark D. Temple and Peter Stuhldreher of BakerHostetler are officially **WITHDRAWN** as counsel for Defendants Crescent Drilling and Production, Inc. and Crescent Drilling Foreman, Inc.

SIGNED this 28th day of August, 2020.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE