IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| FRITZ JOHN HOEFLEIN III, RAUL SOLIS III, AARON AULD, JUAN A. BUSTAMANTE JR., JESUS E. FLORES, RON JONES, DAVID MCDANIEL, MARIO MUNOZ, FERNANDO RICHARD, LARRY STANLEY, TONY G. ALANIZ, SHELDON ANDERSON, MIKE DAFFRON, LUIS GOMEZ, VICTOR M. JUAREZ, EDWARD SAN MIGUEL, WILLIAM R. STOLZ, JUAN J. PENA, AARON ROBERGE, SERGIO ALVAREZ, ANDIE CRUZ, ROEL BARRERA, TRACY WOODSON, HERMAN CRUTCHER, LARRY WILHELM, TOBY B. LEDOUX, JESSE VERA, PEDRO GALLEGOS, BRUCE A. JOHNSON, HANK MOSER, BURTON BIENVENUE, ROBERT D. TAYLOR, RYAN BENN, LARRY D. CHEATWOOD, | § § § § § § § § § § § § § § | SA-19-CV-01194-FB |
| *Plaintiffs,* | | |
| vs. | | |
| CRESCENT DRILLING AND PRODUCTION, INC., CRESCENT DRILLING FOREMAN, INC., | | |
| *Defendants.* | | |

**ORDER**

Before the Court in the above-styled cause of action is Defendants Crescent Drilling and Production, Inc. and Crescent Drilling Foreman, Inc.'s Motion to Extend the Discovery Period [#95]. By their motion, Defendants ask the Court to extend the discovery period by 90 days, from October 31, 2020 to January 29, 2021, in light of the Court's Order that the opt-in period close on October 12, 2020, instead of the original agreed date of August 24, 2020. Plaintiffs agree that discovery should be extended but believe the requested 90-day extension is

1

insufficient in light of the significant amount of outstanding discovery. Plaintiffs instead ask the Court to order the parties to confer and to propose a joint discovery plan to address all outstanding discovery.

The Court will grant Defendants' motion and extend the discovery deadline by 90 days. If Plaintiffs cannot complete all discovery within the 90-day period, they should file a motion with the Court sufficiently in advance of the expiration of the new discovery deadline explaining why a further extension is necessary. Pursuant to the Court's Local Rules, discovery can occur outside of the discovery period by agreement of the parties. The parties are encouraged to explore reasonable agreements regarding discovery before requesting the intervention of the Court.

**IT IS THEREFORE ORDERED** that Defendants Crescent Drilling and Production, Inc. and Crescent Drilling Foreman, Inc.'s Motion to Extend the Discovery Period [#95] is **GRANTED**.

**IT IS FURTHER ORDERED** that the deadline to complete discovery is extended by 90 days. The parties shall have until **January 29, 2021** to complete discovery in this case.

SIGNED this 29th day of October, 2020.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE