IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| FRITZ JOHN HOEFLEIN III, RAUL SOLIS III, AARON AULD, JUAN A. BUSTAMANTE JR., JESUS E. FLORES, RON JONES, DAVID MCDANIEL, MARIO MUNOZ, FERNANDO RICHARD, LARRY STANLEY, TONY G. ALANIZ, SHELDON ANDERSON, MIKE DAFFRON, LUIS GOMEZ, VICTOR M. JUAREZ, EDWARD SAN MIGUEL, WILLIAM R. STOLZ, JUAN J. PENA, AARON ROBERGE, SERGIO ALVAREZ, ANDIE CRUZ, ROEL BARRERA, TRACY WOODSON, HERMAN CRUTCHER, LARRY WILHELM, TOBY B. LEDOUX, JESSE VERA, PEDRO GALLEGOS, BRUCE A. JOHNSON, HANK MOSER, BURTON BIENVENUE, ROBERT D. TAYLOR, RYAN BENN, LARRY D. CHEATWOOD,<br><br>          *Plaintiffs,*<br><br>vs.<br><br>CRESCENT DRILLING AND PRODUCTION, INC., CRESCENT DRILLING FOREMAN, INC.,<br><br>          *Defendants.* | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § SA-19-CV-01194-FB |

## ORDER

Before the Court in the above-styled cause of action is Defendants Crescent Drilling and Production, Inc. and Crescent Drilling Foreman, Inc.'s Motion to Extend Deadlines for the Designation of Witnesses and Filing of Dispositive Motions [#100]. By their motion, Defendants ask the Court to extend the deadlines to designate witnesses, testifying experts, and proposed exhibits and the deadline to file dispositive motions. The Court recently extended the

1

discovery deadline to January 29, 2021 [#99] at the parties' request.  Defendants' motion would align the other remaining deadlines in the scheduling order with the new discovery deadline.

Plaintiffs' response to the motion indicates that the parties agree to an extension of deadlines but initially disagreed as to the length of that extension.  Defendants proposed a deadline for Plaintiff to designate witnesses and experts of November 30, 2020, and a deadline for their own designations of December 30, 2020.  Plaintiffs' response explains that the parties attempted to reach an agreement on the requested extensions and that Plaintiffs proposed their deadline as December 10, 2020, instead of November 30, 2020.  Defendants responded that they would agree to this proposal if Plaintiffs would agree to extend Defendants' deadline to January 11, 2021.  Defendants asked for a response from Plaintiffs within one hour regarding this proposed compromise.  Plaintiffs' counsel did not see the email imposing a one-hour deadline to respond and failed to respond within the hour, and Defendants filed the motion currently before the Court.  Plaintiffs are not opposed to Defendants' proposed January 11, 2021 deadline.  The parties agree to an extension of the dispositive motions deadline of February 26, 2021.

The Court will grant Defendants' motion and impose the deadlines proposed by Plaintiffs.  The Court reminds the parties that it expects counsel to meaningfully confer on any dispute before seeking court intervention, particularly non-substantive minor disputes related to deadline extensions.  The Court also expects counsel to act reasonably in the course of such conferences, to reach reasonable compromises wherever possible, and to only come to the Court as a last resort where agreement is truly not possible.

**IT IS THEREFORE ORDERED** that Defendants Crescent Drilling and Production, Inc. and Crescent Drilling Foreman, Inc.'s Motion to Extend Deadlines for the Designation of

Witnesses and Filing of Dispositive Motions [#100] is **GRANTED IN PART**.  The Court will enter an Amended Scheduling Order by separate order.

SIGNED this 12th day of November, 2020.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE