IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RAUL SOLIS III, AARON AULD, JUAN A. BUSTAMANTE JR., JESUS E. FLORES, RON JONES, DAVID MCDANIEL, MARIO MUNOZ, FERNANDO RICHARD, LARRY STANLEY, TONY G. ALANIZ, SHELDON ANDERSON, MIKE DAFFRON, LUIS GOMEZ, VICTOR M. JUAREZ, EDWARD SAN MIGUEL, WILLIAM R. STOLZ, JUAN J. PENA, AARON ROBERGE, SERGIO ALVAREZ, ANDIE CRUZ, ROEL BARRERA, TRACY WOODSON, HERMAN CRUTCHER, LARRY WILHELM, TOBY B. LEDOUX, JESSE VERA, PEDRO GALLEGOS, BRUCE A. JOHNSON, HANK MOSER, BURTON BIENVENUE, ROBERT D. TAYLOR, RYAN BENN, LARRY D. CHEATWOOD,<br><br>*Plaintiffs,*<br><br>vs.<br><br>CRESCENT DRILLING AND PRODUCTION, INC., CRESCENT DRILLING FOREMAN, INC.,<br><br>*Defendants.* | SA-19-CV-01194-FB |

## AMENDED SCHEDULING ORDER

Before the Court in the above-styled cause of action is Defendants Crescent Drilling and Production, Inc. and Crescent Drilling Foreman, Inc.'s Unopposed Motion to Extend Scheduling Order [#145], by which they request extensions of the discovery and dispositive motions deadlines and the setting of a deadline for the filing of their motion for decertification.

**IT IS HEREBY ORDERED** that the Motion [#145] is **GRANTED**, and the following Amended Scheduling Order is issued to control the course of this case:

1

1. The parties shall complete all discovery on or before **April 29, 2021**. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

2. Defendants shall file any motion for decertification on or before **May 29, 2021**.

3. All dispositive motions as defined in Local Rule CV-7(c) shall be filed no later than **30 days after the Court's entry of an Order on the motion for decertification.** Dispositive motions as and responses to dispositive motions shall be limited to 20 pages in length. Replies, if any, shall be limited to 10 pages in length in accordance with Local Rule CV-7(f).

4. The trial date will be determined at a later date by the Court. The parties shall consult Local Rule CV-16(e)-(g) regarding matters to be filed in advance of trial. At the time the trial date is set, the Court will also set the deadline for the filing of matters in advance of trial.

SIGNED this 3rd day of February, 2021.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE