IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| FRITZ JOHN HOEFLEIN III, RAUL SOLIS III, AARON AULD, JUAN A. BUSTAMANTE JR., JESUS E. FLORES, RON JONES, DAVID MCDANIEL, MARIO MUNOZ, FERNANDO RICHARD, LARRY STANLEY, TONY G. ALANIZ, SHELDON ANDERSON, MIKE DAFFRON, LUIS GOMEZ, VICTOR M. JUAREZ, EDWARD SAN MIGUEL, WILLIAM R. STOLZ, JUAN J. PENA, AARON ROBERGE, SERGIO ALVAREZ, ANDIE CRUZ, ROEL BARRERA, TRACY WOODSON, HERMAN CRUTCHER, LARRY WILHELM, TOBY B. LEDOUX, JESSE VERA, PEDRO GALLEGOS, BRUCE A. JOHNSON, HANK MOSER, BURTON BIENVENUE, ROBERT D. TAYLOR, RYAN BENN, LARRY D. CHEATWOOD,<br><br>　　　　*Plaintiffs,*<br><br>vs.<br><br>CRESCENT DRILLING AND PRODUCTION, INC., CRESCENT DRILLING FOREMAN, INC.,<br><br>　　　　*Defendants.* | SA-19-CV-01194-FB |

## **ORDER**

Before the Court in the above-styled cause of action is Plaintiffs' Motion to Quash Subpoenas to Laredo Federal Credit Union and Falcon International Bank [#165]. The Court held a hearing on the motion on April 20, 2021. After the hearing, the Court entered an Order directing the parties to confer and file an advisory by April 27, 2021. Due to a docketing error, the Order was docketed in another cause number. The error has been corrected; the Order has

1

been docketed in this case; and the Court will give the parties additional time to file their advisory.

**IT IS THEREFORE ORDERED** that the parties confer on the language of a stipulation to be signed by Solis regarding the income earned by Black Bull for the relevant time period and either file the stipulation with the Court or an advisory informing the Court that they were unable to reach an agreement on or before **May 4, 2021**.

SIGNED this 27th day of April, 2021.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE