IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| FRITZ JOHN HOEFLEIN III, RAUL SOLIS III, AARON AULD, JUAN A. BUSTAMANTE JR., JESUS E. FLORES, RON JONES, DAVID MCDANIEL, MARIO MUNOZ, FERNANDO RICHARD, LARRY STANLEY, TONY G. ALANIZ, SHELDON ANDERSON, MIKE DAFFRON, LUIS GOMEZ, VICTOR M. JUAREZ, EDWARD SAN MIGUEL, WILLIAM R. STOLZ, JUAN J. PENA, AARON ROBERGE, SERGIO ALVAREZ, ANDIE CRUZ, ROEL BARRERA, TRACY WOODSON, HERMAN CRUTCHER, LARRY WILHELM, TOBY B. LEDOUX, JESSE VERA, PEDRO GALLEGOS, BRUCE A. JOHNSON, HANK MOSER, BURTON BIENVENUE, ROBERT D. TAYLOR, RYAN BENN, LARRY D. CHEATWOOD, | § § § § § § § § § § § § § § | SA-19-CV-01194-FB |
| *Plaintiffs,* | | |
| vs. | | |
| CRESCENT DRILLING AND PRODUCTION, INC., CRESCENT DRILLING FOREMAN, INC., | | |
| *Defendants.* | | |

**<u>ORDER</u>**

Before the Court in the above-styled cause of action is Plaintiffs' Motion to Quash Subpoenas to Laredo Federal Credit Union and Falcon International Bank [#165]. Following a hearing on the motion, the parties conferred on whether they could reach an agreement to a stipulation that would resolve the issues raised by the motion. On May 4, 2021, the parties filed a Joint Stipulation [#178] setting forth their agreement. As a result of the stipulation, Defendants

1

have agreed to withdraw the subpoenas to Falcon International Bank and Laredo Federal Credit Union. The Court will therefore dismiss Plaintiffs' motion to quash.

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion to Quash Subpoenas to Laredo Federal Credit Union and Falcon International Bank [#165] is **DISMISSED AS MOOT**.

SIGNED this 6th day of May, 2021.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE