# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| RAUL SOLIS, III, et al., | **Case No. 5:19-cv-01194-FB-ESC** |
| Plaintiffs, | FLSA Collective Action |
| v. | |
| CRESCENT DRILLING AND PRODUCTION, INC. et al., | |
| Defendants. | |

## ORDER DENYING DEFENDANTS' MOTION TO COMPEL

DEFENDANTS' motion to compel the physical address of opt-in Victor Juarez's farm is DENIED.

It is so ORDERED.

SIGNED this _____ day of _____, 2020.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE